RFEod

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 15  9 32 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>IAN L. RENERT,<br>HAWTHORNE STERLING & CO. and<br>DONNA L. WOOD,<br><br>Defendants. | Case No. 3:01cv1027(PCD) |

**PLAINTIFF'S REQUEST FOR
ENTRY OF DEFAULT AGAINST
DEFENDANTS IAN L. RENERT AND
HAWTHORNE STERLING & CO.**

Plaintiff Securities and Exchange Commission ("Commission") requests that the Clerk of Court enter a default pursuant to Fed. R. Civ. P. 55(a) against defendants Ian L. Renert ("Renert") and Hawthorne Sterling & Co. ("Hawthorne Sterling").[1] In support of this request, the Commission states as follows:

1. On October 7, 2003, Renert filed a Withdrawal of Answer on behalf of himself and Hawthorne Sterling. (The pleading was apparently signed by Renert on June 7, 2003 but was not filed with the Court until October 7, 2003.) According to that pleading, both defendants now intend to "stand mute" in response to the Commission's claims against them.

---

[1] A final judgment was entered by consent against the third defendant, Donna L. Wood, on June 6, 2001.

2. As set forth in the Commission's request for status conference filed on October 7, 2003, the undersigned counsel for the Commission has been informed by several reliable sources that Renert has left the United States, is now living in South Africa, and has no intention of returning to the United States to defend this action. Renert is apparently prepared to let this Court enter a default judgment against him and against Hawthorne Sterling.

3. Accordingly, a default should enter against Renert and Hawthorne Sterling pursuant to Rule 55(a), since both defendants have expressly withdrawn their answer and now "stand mute" against the Commission's claims. Promptly upon entry of default against Renert and Hawthorne Sterling, the Commission will seek a judgment by default pursuant to Fed. R. Civ. P. 55(b)(2) by submitting factual and legal materials justifying its request for a permanent injunction, disgorgement and a civil penalty.

Respectfully submitted,

JUAN MARCEL MARCELINO
DISTRICT ADMINISTRATOR

By: _____
Frank C. Huntington (Fed. Bar No. CT-01850)
Senior Trial Counsel
LeeAnn G. Gaunt (Mass. Bar No. 630557)
Branch Chief
73 Tremont Street, Suite 600
Boston, MA 02108
(617) 424-5900 ext. 201 (Huntington)
(617) 424-5940 fax

                                John B. Hughes (Fed. Bar No. CT-05289)
                                Assistant U.S. Attorney
                                Chief, Civil Division
                                U.S. Attorney's Office
                                Connecticut Financial Center
                                157 Church Street, 23rd Floor
                                New Haven, CT  06510
                                (203) 821-3700
                                (203) 773-5373  fax

                                Attorneys for Plaintiff
                                **SECURITIES AND EXCHANGE COMMISSION**

Dated:  October 14, 2003

## CERTIFICATE OF SERVICE

    I, Frank C. Huntington, certify that on October 14, 2003, a copy of the foregoing Plaintiff's Request for Entry of Default against Defendants Ian L. Renert and Hawthorne Sterling & Co. was sent by first-class mail to defendant Ian L. Renert at the address indicated on his notice of appearance dated May 23, 2003 and filed on July 30, 2003:

Ian L. Renert
14990 Horseshoe Trace
Wellington, FL  33414

*Frank C. Huntington*
Frank C. Huntington