UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SECURITIES AND EXCHANGE COMMISSION

V.                                                    Civil Case 3:01CV01027(PCD)

IAN RENERT; HAWTHORNE STERLING &
COMPANY, and DONNA L. WOOD

ORDER

Under date of August 21, 2003, in the face of a Motion to Withdraw by counsel who had appeared for defendants Renert and Hawthorne, said defendants were ordered to appear pro se or by replacement counsel (the latter being the only means of appearing by Hawthorne which, as a corporation could only appear by counsel). Renert appeared Pro Se. No appearance was entered by replacement counsel on behalf of Hawthorne. Renert has now sought to withdraw the answer filed on his behalf and on behalf of Hawthorne (doc. # 58). As to the latter, a pleading may only be filed by counsel on its behalf and there is presently no appearance for Hawthorne by counsel and Renert, not being an attorney, cannot file a pleading on its behalf.

As Hawthorne has not complied with the order of August 21, 2003, a default shall enter against Hawthorne for failure to appear.

As Renert in his Withdrawal of Answer has stated his intention to stand mute, the equivalent of an intention not to further defend against the claims against him, a default shall enter against him by authority of F.R.Civ.P. Rule 55(a).

In order to conclude this matter, judgment having entered against defendant Donna L. Wood, plaintiff is hereby ordered to file a motion for the entry of judgment on the

AO 72
(Rev. 8/82)

defaults of, and against, Renert and Hawthorne on or before October 31, 2003, absent which the case will be dismissed by authority of Rule 41(a), F.R.Civ.P. for failure to prosecute.

SO ORDERED:

Dated at New Haven, Connecticut this 17th day of October, 2003.

_____
PETER C. DORSEY
UNITED STATES DISTRICT JUDGE