UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 28  4 37 PM '03
U.S DISTRICT COURT
NEW HAVEN, CONN.

SECURITIES AND EXCHANGE COMMISSION, )
)
Plaintiff, )
)
v. ) Case No. 3:01cv1027(PCD)
)
IAN L. RENERT, )
HAWTHORNE STERLING & CO. and )
DONNA L. WOOD, )
)
Defendants. )

*[handwritten margin note: October 30, 2003. Denied as moot given the default entered per order of October 17, 2003, and defendant thus precluded on the issue of liability.]*

## PLAINTIFF'S REQUEST FOR STATUS CONFERENCE

Plaintiff Securities and Exchange Commission ("Commission") hereby requests a status conference to ascertain whether defendant Ian L. Renert is actually going to defend himself in this action or whether entry of a default judgment against him is appropriate. As grounds for this motion, the Commissions states as follows:

1. The deadline for completing discovery in this case was May 10, 2003. After several previous deposition dates were postponed at the request of Renert's counsel, the Commission noticed Renert's deposition to start on May 5, 2003 at the Commission's office in Atlanta, Georgia, which is only blocks away from the office of Renert's lead counsel.

2. Renert did not appear for his deposition on May 5, 2003. Instead, Renert's lead counsel appeared and made the following statement on the record: