UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SECURITIES AND EXCHANGE COMMISSION, )
)
Plaintiff, )
)
v. ) Case No. 3:01cv1027(PCD)
)
IAN L. RENERT, )
HAWTHORNE STERLING & CO. and )
DONNA L. WOOD, )
)
Defendants. )

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS IAN L. RENERT AND HAWTHORNE STERLING & CO.

Plaintiff Securities and Exchange Commission ("Commission") hereby moves, pursuant to Fed. R. Civ. P. 55(b), for entry of a default judgment against defendants Ian L. Renert and Hawthorne Sterling & Co. ("Hawthorne").[1] In support of this request, the Commission submits the accompanying memorandum of law and the Declaration of Frank C. Huntington, Esq. ("Huntington Decl.") and states as follows:

1. Renert is not an infant or an incompetent person. [Huntington Decl., ¶2.]

2. Renert is not in the military service of the United States. [*Id.*]

---

[1] A final judgment was entered by consent against the third defendant, Donna L. Wood, on June 6, 2001.

3. For the reasons set forth in the accompanying materials, the Commission is entitled to a final judgment (i) permanently enjoining Renert and Hawthorne from future securities law violations, (ii) requiring Renert and Hawthorne, jointly and severally, to pay disgorgement and pre-judgment interest in the total amount of $820,823, and (iii) requiring Renert and Hawthorne each to pay a civil monetary penalty as determined by the Court. A proposed form of Final Judgment is submitted herewith.

Respectfully submitted,

JUAN MARCEL MARCELINO
DISTRICT ADMINISTRATOR

By: *Frank C Huntington*
Frank C. Huntington (Fed. Bar No. CT-01850)
Senior Trial Counsel
LeeAnn G. Gaunt (Mass. Bar No. 630557)
Branch Chief
73 Tremont Street, Suite 600
Boston, MA 02108
(617) 424-5900 ext. 201 (Huntington)
(617) 424-5940 fax

John B. Hughes (Fed. Bar No. CT-05289)
Assistant U.S. Attorney
Chief, Civil Division
U.S. Attorney's Office
Connecticut Financial Center
157 Church Street, 23rd Floor
New Haven, CT 06510
(203) 821-3700
(203) 773-5373 fax

Attorneys for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**

Dated: October 29, 2003