(CtrmMinhrg (January 10, 2002))

HONORABLE **PCD**
DEPUTY CLERK **P. Villano**    RPTR/ETAPE **Falcone**

TOTAL TIME: ___ hours ___ minutes

DATE **4/14/04**    START TIME **11:30a**    END TIME **11:45a**
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

**SEC**

CIVIL NO. **3:01CV1027 PCD**

vs.

**Renert, et al**

**Franklin Huntington**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

- [x] (mhrgh) Motion Hearing
- [ ] (confmhrg.) Confirmation Hearing
- [ ] (showhrg.) Show Cause Hearing
- [ ] (contmphrg.) Contempt Hearing
- [ ] (evidhrg.) Evidentiary Hearing
- [ ] (jgmtdexam.) Judgment Debtor Exam
- [ ] (pchrg.) Probable Cause Hearing
- [ ] (fairhrg.) Fairness Hearing
- [ ] (setlhrg.) Settlement Hearing
- [ ] (mischrg.) Miscellaneous Hearing

MOTION DOCUMENT NO.

- [x] #**63** Motion **for Default Jgm** ☒ granted ☐ denied ☐ advisement
- [ ] # ___ Motion ___ ☐ granted ☐ denied ☐ advisement
- [ ] # ___ Motion ___ ☐ granted ☐ denied ☐ advisement
- [ ] # ___ Motion ___ ☐ granted ☐ denied ☐ advisement
- [ ] # ___ Motion ___ ☐ granted ☐ denied ☐ advisement
- [ ] # ___ Motion ___ ☐ granted ☐ denied ☐ advisement
- [ ] # ___ Motion ___ ☐ granted ☐ denied ☐ advisement
- [ ] Oral Motion ___ ☐ granted ☐ denied ☐ advisement
- [ ] Oral Motion ___ ☐ granted ☐ denied ☐ advisement
- [ ] Oral Motion ___ ☐ granted ☐ denied ☐ advisement
- [ ] Oral Motion ___ ☐ granted ☐ denied ☐ advisement

☐ Brief(s) due ___ ☐ Proposed Findings due ___ Response due ___

☐ filed ☐ docketed (repeated)

Hearing continued until ___ at ___