UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SECURITIES & EXCHANGE COMMISSION

-vs-                                                                        Civil No. 3:01 cv 1027 (PCD)

IAN L. RENERT, ET ALS

ORDER

     IT IS HEREBY ORDERED that the funds in the amount of $11,275.00 in the general savings account be transferred into the separate interest bearing account that was opened on April 26, 2004.

     SO ORDERED.

     Dated at New Haven, Connecticut, June 3, 2004.

/s/ _____
Peter C. Dorsey, Senior
United States District Judge