UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN

FILED
2007 OCT 26 A 10: 03
U.S. DISTRICT COURT
NEW HAVEN CT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> IAN L. RENERT, ) <br> HAWTHORNE STERLING & CO. and ) <br> DONNA L. WOOD, ) <br> ) <br> Defendants. ) | Case No. 3:01-cv-1027(PCD) <br><br> October 25, 2007 |

## PLAINTIFF'S APPLICATION FOR APPOINTMENT OF RECEIVER AND APPROVAL OF DISTRIBUTION PLAN

Plaintiff Securities and Exchange Commission ("Commission") hereby applies for appointment of Richard J. Yurko, Esq. as a receiver and for approval of a plan to distribute the funds that have been paid and will be paid to the Registry of the Court on behalf of defendants Ian Renert ("Renert") and Hawthorne Sterling & Co. ("Hawthorne) pursuant to the Final Judgment of Permanent Injunction, Disgorgement and Other Relief entered on April 14, 2004 ("Final Judgment"). A proposed form of Order for Appointment of Receiver and Approval of Distribution Plan is submitted herewith. In support of this application, the Commission states as follows:

1.  The Commission filed this action on June 6, 2001, alleging that Renert and Hawthorne had engaged in the fraudulent offering of unregistered securities in the form of investments in a group of offshore investment companies ("the Hawthorne Sterling Funds").

2.  On April 14, 2004, this Court entered the Final Judgment which, among other things, held Renert and Hawthorne jointly and severally liable for disgorgement of $834,540, ordered Renert to pay a $250,000 civil penalty, and ordered Hawthorne to pay a $500,000 civil penalty. Pursuant to the Final Judgment, approximately $70,000 in funds belonging to the defendants and held by various banks and brokerage firms in the United States were paid to the Registry of the Court.

3.  Since the entry of the Final Judgment, the Commission has been engaged in lengthy efforts to repatriate more than $750,000 in funds belonging to Renert and/or the Hawthorne Sterling Funds and held by a brokerage firm in Canada. In July 2007, the Ontario Superior Court of Justice entered an order in favor of the Ontario Securities Commission that is likely to result in transfer of these funds to the Registry of this Court.

4.  The Commission now seeks the appointment of a receiver to distribute the funds to investors in the Hawthorne Sterling Funds in accordance with the proposed plan of distribution ("Distribution Plan") submitted herewith. Courts have typically accorded the Commission wide discretion and deference in the development of plans to distribute disgorged funds. *See* SEC v. Wang, 944 F.2d 80, 88 (2nd Cir. 1991) (distribution decisions are "appropriately left to the experience and expertise of the SEC in the first instance"). The primary requirement is that such plans must be fair and reasonable. *Id.* at 85.

5.  The proposed Distribution Plan is fair and reasonable. Under the Plan, all persons who suffered a "net cash loss" as a result of their investment in the Hawthorne Sterling Funds and who can be located through reasonable efforts will recover their *pro rata* share of the available funds, after payment of the Receiver's fees and expenses as approved by the Court.

Any funds remaining after the distribution to investors, the payment of any necessary taxes, and the payment of the Receiver's fees and costs shall be paid to the Commission for forwarding to the United States Treasury.

6. The Commission requests that Richard J. Yurko, Esq. be appointed as Receiver. Mr. Yurko is the founding partner of the Boston litigation firm of Yurko, Salvesen & Remz, P.C. Mr. Yurko has more than twenty-five years of experience in complex commercial litigation. Mr. Yurko and other members of his firm have experience with the disbursement of litigation settlement funds, and Mr. Yurko has performed admirably as receiver in two prior Commission enforcement actions.

Wherefore, the Commission requests that the Court approve this application and enter an Order for Appointment of Receiver and for Approval of Distribution Plan in the form submitted herewith.

Respectfully submitted,

_____
Frank C. Huntington (Fed. Bar No. CT-01850)
Senior Trial Counsel

Attorney for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
Boston Regional Office
33 Arch Street, 23rd Floor
Boston, MA 02110
(617) 573-8960 direct (Huntington)
(617) 573-4590 fax

<div style="margin-left: 40%;">
<u>Local Counsel</u>:
John B. Hughes (Fed. Bar No. CT-05289)
Assistant United States Attorney
Chief, Civil Division
United States Attorney's Office
Connecticut Financial Center
157 Church Street, 23rd Floor
New Haven, CT  06510
(203) 821-3700
(203) 773-5373  fax
</div>

Dated:   October 25, 2007

## CERTIFICATE OF SERVICE

I, Frank C. Huntington, certify that on October 25, 2007, a copy of the foregoing Plaintiff's Application for Appointment of Receiver and Approval of Distribution Plan was sent by first-class mail to defendant Ian L. Renert at the address indicated on his notice of appearance dated May 23, 2003 and filed on July 30, 2003, and also to an address in South Africa which Renert identified in July 2007 as his current mailing address:

Ian L. Renert
14990 Horseshoe Trace
Wellington, FL  33414

Ian L. Renert
51258 Waterfront
Cape Town 8002
SOUTH AFRICA

_____
Frank C. Huntington